```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
                                    :   **EX PARTE ORDER**
     - v -                          :
                                    :   **18 Cr. 161 (VM)**
MARK MATTEK,                        :
                                    :
            Defendant.              :
------------------------------------X
```

VICTOR MARRERO, United States District Judge.

The Bureau of Prisons is DIRECTED to release Mr. Mattek's counsel by no later than 3:00 pm on Tuesday, March 31, 2020: Mark Mattek's medical records from the time he entered into the custody of the Bureau of Prisons to present.

Dated:  New York, New York      **SO ORDERED:**
        March 31, 2020

_____
Victor Marrero
U.S.D.J.